Case 05-70222    Doc 29    Filed 04/22/08    Entered 04/22/08 15:11:28    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RICARDO C. AYALA  
164 BUFFALO GROVE RD.    SSN-xxx-xx-6977  
BUFFALO GROVE, IL  60089

Case Number: 05-70222

Case filed on:    1/21/2005  
Plan Confirmed on:    3/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,710.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY MARK E ZALESKI | 1,544.00 | 1,544.00 | 1,544.00 | 0.00 |
|  | Total Legal | 1,544.00 | 1,544.00 | 1,544.00 | 0.00 |
| 003 | PAYMENT CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RISK MANAGEMENT ALTERNATIVES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 212 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICARDO C. AYALA | 0.00 | 0.00 | 430.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 430.00 | 0.00 |
| 001 | OPTION ONE MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BANCO POPULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 6,252.79 | 6,252.79 | 3,597.78 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 713.30 | 713.30 | 410.42 | 0.00 |
| 012 | PREMIER BANKCARD/CHARTER | 1,064.76 | 1,064.76 | 612.65 | 0.00 |
| 013 | FREEPORT HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 990.85 | 990.85 | 570.13 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,012.51 | 1,012.51 | 582.59 | 0.00 |
| 016 | AFNI/VERIZON WIRELESS | 162.39 | 162.39 | 93.43 | 0.00 |
| 017 | GARNET J. AYALA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CAPITAL ONE | 609.82 | 609.82 | 350.88 | 0.00 |
|  | Total Unsecured | 10,806.42 | 10,806.42 | 6,217.88 | 0.00 |
|  | Grand Total: | 12,350.42 | 12,350.42 | 8,191.88 | 0.00 |

Total Paid Claimant:    $8,191.88  
Trustee Allowance:    $518.12  
Percent Paid Unsecured:    57.54

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008        By  /s/Heather M. Fagan